IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MELANIE F. McKINNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.3:16-cv-764-CDL-TFM |
| | ) | [wo] |
| JOSEPH C.WINDLE, CHRISTOPHER | ) | |
| R. MARTIN, and THE TALLAPOOSA | ) | |
| COUNTY BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the Parties' Joint Motion to Waive the Requirement of a Face-to-Face Settlement Conference (Doc. 40) and for good cause shown, it is

ORDERED that the Motion be and hereby is GRANTED.

DONE this 27th day of September, 2017.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE